```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27786
    GARY CRAWFORD
    CATHY CRAWFORD                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-4438    SSN XXX-XX-8644

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 07/27/2004 and was confirmed 10/07/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 11/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CROWN MORTGAGE CO          CURRENT MORTG         .00            .00            .00
FIRST MIDWEST BANK         CURRENT MORTG         .00            .00            .00
HARRIS NA                  SECURED           7000.00         721.31        7000.00
HARRIS NA                  UNSECURED         1216.26            .00         121.63
BANK OF AMERICA            UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         9004.84            .00         900.48
BANK ONE                   UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED          749.18            .00          74.92
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED         6570.35            .00         657.04
CITIBANK                   UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED          513.41            .00          51.34
CTA SS & U CREDIT UNION    UNSECURED          526.34            .00          52.63
ECAST SETTLEMENT CORP      UNSECURED         5933.90            .00         593.39
GEORGE SKARPATHIOTIS MD    UNSECURED        NOT FILED          .00            .00
HOME DEPOT                 UNSECURED        NOT FILED          .00            .00
IBRAHIM MD                 UNSECURED        NOT FILED          .00            .00
ILL DEPT OF ECON SEC       UNSECURED        NOT FILED          .00            .00
MENARDS                    UNSECURED        NOT FILED          .00            .00
MICHAEL E KIRSCH DDS       UNSECURED        NOT FILED          .00            .00
NICOR GAS                  UNSECURED          166.01            .00          16.60
PALOS ANESTHESIA ASSOCS~   UNSECURED        NOT FILED          .00            .00
PALOS COMMUNITY HOSPITAL   UNSECURED        NOT FILED          .00            .00
PALOS FIRE PROTECTION DI   UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          634.03            .00          63.40
BANK ONE DELAWARE          UNSECURED        10220.61            .00        1022.06
FIRST MIDWEST BANK         SECURED            625.00            .00         625.00
CROWN MORTGAGE CO          MORTGAGE ARRE      173.40            .00         173.40
CROWN MORTGAGE CO          COST OF COLLE      100.00            .00         100.00
CROWN MORTGAGE CO          COST OF COLLE      600.00            .00         600.00
MELVIN J KAPLAN            DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                          987.94

                       PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 27786 GARY CRAWFORD & CATHY CRAWFORD
```

```
DEBTOR REFUND            REFUND                                       270.86

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  16,732.00

PRIORITY                                              .00
SECURED                                          8,498.40
     INTEREST                                      721.31
UNSECURED                                        3,553.49
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               987.94
DEBTOR REFUND                                      270.86
                         ---------------      ---------------
TOTALS                   16,732.00               16,732.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 02/26/09                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE